# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2019-0207, <u>Khaled Abdel-Fattah v. Fatima Belal; Fatima Belal v. Khaled Abdel-Fattah</u>, the court on October 25, 2019, issued the following order:**

Having considered the parties' briefs and the record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). Khaled Abdel-Fattah appeals a decision of the Superior Court (<u>Temple</u>, J.) denying his motion for summary judgment on the ground that his motion concerned cases in which a judgment on the merits, in favor of Fatima Belal, had become final in May 2018. We affirm.

As the appealing party, Abdel-Fattah has the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's order, Abdel-Fattah's challenges to it, the relevant law, and the record submitted on appeal, we conclude that he has not demonstrated reversible error. <u>See</u> <u>id</u>.

<u>Affirmed</u>.

Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Eileen Fox,
Clerk**